# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

140335

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re CALAB NEIL ARMSTRONG, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

LINDSEY ARMSTRONG,
        Respondent-Appellant,

and

ROBERT ARMSTRONG,
        Respondent.

_____/

SC: 140335
COA: 290414
Oakland CC Family Division:
2007-740505-NA

On order of the Court, the application for leave to appeal the December 10, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

s0126